**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 15, 2015

Hon. Joseph Moreno
Attorney at Law
23409 El Paso Drive
Harlingen, TX 78552
* DELIVERED VIA E-MAIL *

Hon. Luis V. Saenz
District Attorney
964 E. Harrison
Brownsville, TX 78520-7123
* DELIVERED VIA E-MAIL *

Re:        Cause No. 13-15-00284-CR
Tr.Ct.No. 2014-DCR-00966-E
Style:    Wilson Orlando Matamoros a/k/a Wilson Matamoros a/k/a Wilson Orlando
            Matamoros Reyes v. The State of Texas

        Appellant's motion to appoint appellate counsel in the above cause was this day
DISMISSED AS MOOT by this Court.


                              Very truly yours,

                              Cecile Foy Gsanger, Clerk


CFG:ch